THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:21-CT-3270-D

| | | |
|---|---|---|
| TRACEY EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **COUNSEL'S MOTION** |
| v. | ) | **TO WITHDRAW AS COUNSEL FOR** |
| | ) | **LORAFAITH RAGANO** |
| BUFFALOE, et al., | ) | **AND UNKNOWN JOHN DOE** |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOW COMES Special Deputy Attorney General Sonya Calloway-Durham, of the North Carolina Department of Justice, moving to withdraw as counsel of record for Defendant Lorafaith Ragano [Defendant Ragano] and Unknown John Doe [Defendant Doe] in the above-captioned matter, and therefore to be relieved of any further responsibilities or obligations herein. In support of this motion, the undersigned states the following:

1. On August 3, 2022, the undersigned entered a notice of appearance in the above-captioned matter. In doing so, she inadvertently neglected to "uncheck" the box for Defendants Ragano and Defendant Doe, and instead checked the box for "all defendants."

2. As of the date of the filing of this motion, it is the understanding of the undersigned that Defendant Ragano has not been served with process in the above-captioned matter. In addition, the undersigned is not yet aware of the identity of Defendant Doe.

3. It is also the understanding of the undersigned, that Defendant Ragano no longer is employed with the North Carolina Department of Public Safety, such that contact with her has been problematic.

4. As such, the North Carolina Department of Justice, by and through its duties under

the Defense of State Employees Act, has not been able to investigate or determine whether to offer representation to Defendant Ragano or Defendant Doe.  Thus, the undersigned as an employee of the North Carolina Department of Justice, does not have the authority to represent either Defendant Ragano or Defendant Doe.

Respectfully submitted this the 4th day of August, 2022.

**JOSHUA H. STEIN**
**Attorney General**

/s/ Sonya Calloway-Durham
Sonya Calloway-Durham
Special Deputy Attorney General
N.C. State Bar No. 21960
N.C. Department of Justice
P.O. Box 629
Raleigh, North Carolina  27602-0629
Telephone: (919) 716-6576
Facsimile: (919) 716-6761
E-mail:  scalloway@ncdoj.gov

# CERTIFICATE OF SERVICE

I do hereby certify that on this date, I electronically filed the foregoing **COUNSEL'S MOTION TO WITHDRAW AS COUNSEL FOR LORAFAITH RAGANO AND UNKNOWN JOHN DOE** with the Clerk of the Court using the CM/ECF system, which will provide an electronic copy to:

Erika K. Wilson
UNC School of Law Clinical Programs
102 Ridge Road;
Chapel Hill, NC 27524
Email: wilsonek@email.unc.edu

Lauren A. Kuhlik
Tycko & Zavareei LLP
1828 L. Street NW; Suite 1000
Washington, DC 20036
Email: lkuhlik@tzlegal.com

April N. Ross
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
Email: aross@crowell.com

Elizabeth Guild Simpson
Emancipate NC
P.O. Box 309
Durham, NC 27702
Email: elizabeth@emancipatenc.org

This the 4th day of August, 2022.

        /s/ Sonya Calloway-Durham
        Sonya Calloway-Durham
        Special Deputy Attorney General

4