IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CT-03270-D

| TRACEY EDWARDS | ) | |
| --- | --- | --- |
|  | ) | |
| v. | ) | **NOTICE OF SPECIAL APPEARANCE** |
|  | ) | |
| EDDIE BUFFALOE, JR., ET AL. | ) | |
|  | ) | |

Please take notice that the undersigned D Dangaran hereby enters a notice of special appearance as counsel for Tracey Edwards in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Elizabeth G. Simpson.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

D Dangaran
**RIGHTS BEHIND BARS**
416 Florida Avenue, NW #26152
(202) 540-0029
d@rightsbehindbars.org
MA Bar No. 708195
Attorney for Plaintiff

　　/s/ Elizabeth G. Simpson
Elizabeth G. Simpson
**EMANCIPATE NC**
PO Box 309
Durham, NC 27702
Telephone: 919-682-1149
elizabeth@emancipatenc.org
N.C. Bar No. 41596
Local Civil Rule 83.1(d) Counsel for Plaintiff