THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CT-3270-D

| | | |
|---|---|---|
| Tracey Edwards, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | **PLAINTIFF'S MOTION FOR** |
| v. | ) | **SANCTIONS** |
| | ) | Fed. R. Civ. P. 37 |
| Eddie Buffaloe Jr., Benita Witherspoon, | ) | |
| Anthony Perry, James Alexander, Gary | ) | |
| Junker, Elton Amos, Kavona Gill, Tamara | ) | |
| Brown, Nikita Dixon, Tammy Williams, | ) | |
| Shelda Brodie, Tianna Lynch, and Lorafaith | ) | |
| Ragano, | ) | |
| | ) | |
| Defendant(s) | | |

## <u>PLAINTIFF'S MOTION FOR SANCTIONS</u>

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Plaintiff Tracey Edwards hereby moves for sanctions against Defendants Eddie Buffaloe Jr., Benita Witherspoon, Anthony Perry, James Alexander, Gary Junker, Elton Amos, Kavona Gill, Tamara Brown, Nikita Dixon, Tammy Williams, Shelda Brodie, Tianna Lynch, and Lorafaith Ragano for failing to comply with the Court's November 28, 2022, Order and their discovery obligations under Federal Rules of Civil Procedure 30, 33, and 34. In support thereof, Plaintiff Tracey Edwards relies on the contemporaneously filed Memorandum in Support of Motion for Sanctions and attached Exhibits. The discovery requests and responses of Defendants Buffaloe, Witherspoon, Perry, Alexander, Junker, and Amos were attached to Plaintiff's Motion to Compel, Dkt. 67. Supplemental discovery responses of Defendants Buffaloe, Alexander, Junker, and Witherspoon were attached to Plaintiff's Opposition to Defendants' Motion for Extension of Time to Fully Supplement Discovery Responses. *See* Dkt. 94-2. The other discovery requests and responses at issue are

1

attached to the contemporaneously filed Declaration of Lauren Kuhlik.

WHEREFORE, Plaintiff Tracey Edwards respectfully asks this Court to sanction Defendants Eddie Buffaloe Jr., Benita Witherspoon, Anthony Perry, James Alexander, Gary Junker, Elton Amos, Kavona Gill, Tamara Brown, Nikita Dixon, Tammy Williams, Shelda Brodie, Tianna Lynch, and Lorafaith Ragano.

Dated: February 14, 2023

Respectfully submitted,

*/s/ Lauren Kuhlik*
Lauren Kuhlik (*By Special Appearance)*
*Hassan Zavareei (*Notice of Special Appearance to be Filed)*
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, Suite 1010
Washington, D.C. 20006
Phone: (202) 973-0900
Facsimile: (202) 973-0950
Email: hzavareei@tzlegal.com
           lkuhlik@tzlegal.com

Erika K. Wilson
N.C. Bar. No. 45020
Elizabeth Guild Simpson
N.C. Bar No. 41596
**UNIVERSITY OF NORTH CAROLINA SCHOOL OF LAW CLINICAL PROGRAMS**
102 Ridge Road
Chapel Hill, NC 27514
Telephone: (919) 962-2552
Fax: (919) 962-2883
Email: wilsonek@live.unc.edu
           elizabeth@emancipatenc.org

*Local Rule 83.1 (d) Counsel for Plaintiff*

April N. Ross (*By Special Appearance*)
NC Bar No. 35478
**Aryeh Mellman (*Notice of Special Appearance to be Filed; Admission to Federal Court Pending*)

2

**CROWELL & MORING LLP**
1001 Pennsylvania Avenue NW
Washington, DC 20004
Phone: (202) 624-2500
Email:  aross@crowell.com
           amellman@crowell.com

*Oren Nimni (*Notice of Special
Appearance to be Filed)*
D. Dangaran (*By Special
Appearance*)
**RIGHTS BEHIND BARS**
416 Florida Avenue, NW #26152
Washington, D.C. 20001
Phone: (202) 540-0029
Email: oren@rightsbehindbars.org
           d@rightsbehindbars.org

*Counsel for Plaintiff*

Case 5:21-ct-03270-D   Document 97   Filed 02/14/23   Page 3 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of February 2023 a copy of the foregoing was filed and served via the Court's CM/ECF system, which shall separately serve via electronic mail upon all counsel of record as follows:

Bettina J. Roberts
Sonya M. Calloway-Durham
North Carolina Department of Justice Post Office Box 629
114 W. Edenton Street
Raleigh, NC 27603
919-716-0322
Fax: 919-716-6761
Email: bjroberts@ncdoj.gov
           scalloway@ncdoj.gov


 */s/ Lauren Kuhlik*
Lauren Kuhlik

4