THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CT-3270-D

| | | |
|---|---|---|
| Tracey Edwards, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | **[PROPOSED] ORDER GRANTING** |
| v. | ) | **PLAINTIFF'S MOTION FOR** |
| | ) | **ATTORNEYS' FEES AND COSTS** |
| Todd Ishee, Benita Witherspoon, | ) | |
| Anthony Perry, James Alexander, Gary | ) | |
| Junker, Elton Amos, Kavona Gill, Tamara | ) | |
| Brown, Nikita Dixon, Tammy Williams, | ) | |
| Shelda Brodie, Tianna Lynch, and Lorafaith | ) | |
| Ragano, | ) | |
| | ) | |
| Defendants | | |

Having considered the Plaintiff's Motion for Attorneys' Fees and Costs, and finding that

good cause exists, and Plaintiff's attorneys' fees and costs are reasonable, it is hereby ORDERED

that Plaintiff's request for attorneys' fees in the amount of $88,191.85 and costs in the amount of

$4,695.47 is hereby GRANTED.

**IT IS SO ORDERED.**

Dated:_____

_____
HONORABLE ROBERT B. JONES
UNITED STATES MAGISTRATE JUDGE