IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:21-CT-3270-D

| | |
|---|---|
| TRACEY EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ERIK HOOKS, et al., ) | |
| ) | |
| Defendants. ) | |

Attorney Oren Nimni, one of plaintiff's counsel of record, notified the Clerk's Office this morning that due to a minor emergency he will be unable to attend the court-hosted settlement conference tomorrow in person, but will be able to attend virtually. He advised that another attorney from his office will be attending in person.

Attorney Nimni shall accordingly attend the entire settlement conference via the court's videoconference system. As soon as possible today, he shall contact IT Administrator Travis Orr (919-645-1719; travis_orr@nced.uscourts.gov) for instructions on use of the court's videoconference system and perform a test run of the system. The Clerk shall provide a copy of this order to IT Administrator Orr promptly after it is filed.

SO ORDERED, this 7th day of September 2023.

James E. Gates
United States Magistrate Judge