IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:21-CT-3270-D

TRACEY EDWARDS, )
)
    Plaintiff, )
)
v. ) **ORDER**
)
ERIK HOOKS, et al., )
)
    Defendants. )

Local Civil Rule 101.2(d)(l)(iii) (E.D.N.C.) requires that "[a] representative of the insurance carrier for any party against whom a claim is made . . . , other than the carrier's outside counsel" must attend a court-hosted settlement conference in person. The court-hosted settlement conference in this case was scheduled by order entered on 17 August 2023 (D.E. 159, ¶ 1) for today, 8 September 2023, one of the dates proposed by the parties in their Joint Notice of Proposed Dates for Settlement Conference (D.E. 155, ¶ 2.c). In orders entered on 22 August 2023 (D.E. 162, ¶ 2) and 6 September 2023 (D.E. 171, p. 1), the court reiterated the directive that a representative of defendants' insurance carrier other than its counsel attend the settlement conference in person. While two attorneys for the insurance carrier attended in person the settlement conference today, no representative of the carrier other than counsel attended.

IT IS THEREFORE ORDERED that the insurance carrier shall file no later than 22 September 2023 a memorandum showing cause why it should not be cited for contempt or otherwise sanctioned for failure to have a representative other than counsel attend the settlement conference. Sanctions may include, but are not limited to, imposition of the cost of attorney's fees and expenses incurred by those who did attend the settlement conference. Any response to the

memorandum shall be filed by 6 October 2023. The court will schedule any hearing on sanctions after review of the carrier's memorandum and any response to it. The Clerk shall serve a copy of this order by email and certified mail on counsel for the carrier who attended the settlement conference:

William W. Silverman
Wood, Smith, Henning & Berman
421 Fayetteville Street, Suite 1100
Raleigh, NC 27601
wsilverman@wshblaw.com
919.987.2206

Joseph M. Aguirre
Wood, Smith, Henning & Berman
11 North Water Street
10th Floor
Mobile, AL 36602
jaguirre@wshblaw.com
251.515.2105

SO ORDERED, this 8th day of September 2023.

James E. Gates
United States Magistrate Judge

2

Case 5:21-ct-03270-D   Document 175   Filed 09/08/23   Page 2 of 2