UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TRACY EDWARDS,
        Plaintiff,

v.

ERIK HOOKS, BENITA J. WITHERSPOON, ANTHONY PERRY, JAMES ALEXANDER, GARY JUNKER, ELTON AMOS, STEPHEN WILSON, JOHN DOE 1-25, TODD ISHEE, KAVONA GILL, TAMARA BROWN, NIKITIA DIXON, TAMMY WILLIAMS, SHEIDA BRODIE, TIANNA LYNCH, LORAFAITH RAGANO and CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCRIBING TO POLICY NO, PK1035818,
        Defendants.

**Judgment in a Civil Case**

Case Number: 5:21-CT-3270-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for consideration of the plaintiff's motion for partial summary judgment and defendants' motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that defendants Erik Hooks and Stephen Wilson having been previously dismissed, the remaining defendants' motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on September 30, 2024, with service on:
D. Dangaran, Elizabeth Guild Simpson, Erika K. Wilson, Hassan A. Zavareei, Shana Khader, Jaclyn Sehra Tayabji and Oren Nimni (via CM/ECF Notice of Elecronic Filing)
Laura McHenry, Orlando Luis Rodriguez, James B. Trachtman and William Walton Silverman (via CM/ECF Notice of Electronic Filing)

September 30, 2024

Peter A. Moore, Jr.
Clerk of Court

By: _____
Deputy Clerk