THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CT-3270-D

| | |
|---|---|
| TRACEY EDWARDS,<br><br>    Plaintiff,<br><br>v.<br><br>ERIK HOOKS, BENITA J. WITHERSPOON, ANTHONY PERRY, JAMES ALEXANDER, GARY JUNKER, ELTON AMOS, STEPHEN WILSON, JOHN DOE 1-25, TODD ISHEE, KAVONA GILL, TAMARA BROWN, NIKITIA DIXON, TAMMY WILLIAMS, SHEIDA BRODIE, TIANNA LYNCH, LORAFAITH RAGANO AND CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCRIBING TO POLICY NO, PK1035818,<br><br>    Defendants. | **NOTICE OF APPEAL** |

Plaintiff Tracey Edwards hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order and Final Judgment entered on September 30, 2024 (Dkts. 315 & 316).

Dated: October 29, 2024

                                                        Respectfully submitted,

                                                        */s/ Shana Khader*
                                                        Shana Khader (By Special Appearance)
                                                        Hassan Zavareei (By Special Appearance)
                                                        Jaclyn Tayabji (By Special Appearance)
                                                        **TYCKO & ZAVAREEI LLP**
                                                        2000 Pennsylvania Ave. NW, Ste 1010
                                                        Washington, DC 20006
                                                        Phone: (202) 973-0900
                                                        Facsimile: (202) 973-0950
                                                        Email: skhader@tzlegal.com
                                                        hzavareei@tzlegal.com
                                                        jtayabji@tzlegal.com

                                                        D Dangaran *(By Special Appearance)*

1

**RIGHTS BEHIND BARS**
416 Florida Avenue, NW #26152
Washington, DC 20001
Phone: (202) 540-0029
Email: d@rightsbehindbars.org

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October, 2024 a copy of the foregoing was filed and served via the Court's CM/ECF system, which shall separately serve via electronic mail upon all counsel of record.

*/s/ Shana Khader*
Shana Khader