FILED: October 2, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 24-7049
(5:21-ct-03270-D)

---

TRACEY EDWARDS

Plaintiff - Appellant

v.

BENITA J. WITHERSPOON; ANTHONY PERRY; JAMES ALEXANDER; GARY JUNKER; ELTON AMOS; LESLIE COOLEY DISMUKES; KAVONA GILL; TAMARA BROWN; NIKITIA DIXON; TAMMY WILLIAMS; SHEIDA BRODIE; TIANNA LYNCH; LORAFAITH RAGANO

Defendants - Appellees

------------------------------

DISABILITY RIGHTS NORTH CAROLINA; LEGAL ACTION CENTER; NATIONAL WOMEN'S LAW CENTER; PREGNANCY JUSTICE; ADDICTION MEDICINE SPECIALISTS

Amici Supporting Appellant

---

M A N D A T E

---

The judgment of this court, entered September 10, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

/s/Nwamaka Anowi, Clerk