IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CT-3270-D

| | | |
|---|---|---|
| TRACEY EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>BENITA J. WITHERSPOON, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER** |

On June 7, 2021, Tracey Edwards ("Edwards" or "plaintiff"), a former state inmate proceeding through counsel, filed a complaint under 42 U.S.C. § 1983, the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12101 et seq., and Section 504 of the Rehabilitation Act, 29 U.S.C. § 794 ("RA") [D.E. 1]. On April 7, 2022, Edwards filed a second amended complaint against defendants Todd Ishee ("Ishee"), Benita Witherspoon ("Witherspoon"), Anthony Perry ("Perry"), James Alexander ("Alexander"), Elton Amos ("Amos"), Gary Junker ("Junker"), Kavona Gill ("Gill"), Tamara Brown ("Brown"), Nikita Dixon ("Dixon"), Tammy Williams ("Williams"), Sheida Brodie ("Brodie"), Tianna Lynch ("Lynch") and Lorafaith Ragano ("Ragano"). See 2d Am. Compl. [D.E. 39] ¶¶ 10–16; see also Fed. R. Civ. P. 25(d) (substituting Ishee and Perry for Eddie Buffaloe and Claudette Edwards). Edwards's claims arose while she was incarcerated at North Carolina Correctional Institution for Women ("NCCIW"). See 2d Am. Compl. ¶¶ 9, 22–132. Edwards alleges defendants violated her Eighth Amendment rights by placing her in shackles during her labor and delivery, denying her medication for opioid withdrawal ("MOUD"), and denying her mental health treatment after she gave birth. See id. ¶¶ 133–60, 185–93. Edwards alleges disability discrimination under the ADA and RA for denying

her MOUD and mental health treatment after she gave birth. See id. ¶¶ 161–184, 194–211. On September 30, 2024, the court granted defendants' motion for summary judgment and denied Edwards's partial motion for summary judgment [D.E. 315], and the clerk entered judgment [D.E. 316].

On October 29, 2024, Edwards appealed. See [D.E. 317]. On September 10, 2026, the United States Court of Appeals for the Fourth Circuit vacated this court's order granting summary judgment as to defendants Witherspoon, Brodie, Ragano, Lynch, and Williams on Edwards's Eighth Amendment shackling claim, vacated this court's order granting summary judgment as to defendants Amos and Alexander on Edwards's Eighth Amendment MOUD claims, vacated and remanded about whether Edwards has viable claims under the ADA and RA, and affirmed the remainder of this court's judgment. See Edwards v. Witherspoon, — F.4th —, 2026 WL 2661096 (4th Cir. 2026). On October 2, 2026, the Fourth Circuit issued its mandate [D.E. 326].

The court VACATES the judgment [D.E. 316], DIRECTS the clerk to reopen the case, and REFERS the action to Magistrate Judge Robert B. Jones, Jr. for a court-hosted settlement conference. Judge Jones will notify the parties how he wishes to proceed.

SO ORDERED. This 16 day of October, 2026.

JAMES C. DEVER III
United States District Judge